PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Benaiah Kenyata Ellington  **Case Number:** 3:18CR05084BHS-001
**Name of Judicial Officer:** The Honorable Benjamin H. Settle, United States District Judge
**Date of Original Sentence:** 07/26/2021  **Date of Report:** 05/03/2023
**Original Offense:** Possession with Intent to Distribute Cocaine
**Original Sentence:** 20 months' imprisonment; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 01/06/2023
**Special Conditions Imposed:**

☒ Substance Abuse   ☐ Financial Disclosure   ☐ Restitution:
☒ Mental Health     ☐ Fine waived           ☐ Community Service
☒ Other: Participate as directed in Moral Reconation Therapy program; submit to search

## NONCOMPLIANCE SUMMARY

I allege Benaiah Kenyata Ellington has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using amphetamines, on or before March 20, 2023, in violation of a mandatory condition of supervised release. |

United States Probation Officer Action:
On March 20, 2023, Mr. Ellington reported to the Tukwila office and provided a urine sample which returned presumptively positive for amphetamines. When confronted about the positive result, Mr. Ellington denied use. He said the only substance he used was a Vicks inhaler to combat a head cold. The sample was sent to the national laboratory and confirmed positive for amphetamines. I advised Mr. Ellington he needs to be aware of all substances he consumes and reminded him of his conditions of supervision regarding substance use. Mr. Ellington is aware if he submits another positive urine sample, he will be directed to complete a substance use assessment. He remains at the highest phase of urinalysis testing at this time and all urine samples since March 20, 2023 have been negative. Following his admonishment and considering the negative urine samples provided by Mr. Ellington, I am seeking no further court action at this time.

I consulted with Assistant United States Attorney Marci Ellsworth, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 3rd day of May, 2023. | BY: |
| *[signature]*<br>Nicole Speckhals<br>United States Probation Officer | *[signature]*<br>Hien Nguyen<br>Supervising United States Probation Officer |

| | |
|---|---|
| The Honorable Benjamin H. Settle, United States District Judge | Page 2 |
| Report on Person Under Supervision | May 3, 2023 |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

May 4, 2023
_____
Date